**Dismissed and Memorandum Opinion filed November 3, 2011.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-11-00478-CV**

————————

**KIRK FORD, Appellant**

**V.**

**EG SYSTEMS, INC. d/b/a SCOTTS LAWN SERVICE, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-41307**

## MEMORANDUM   OPINION

This is an appeal from an order granting defendant's motion for summary judgment signed March 2, 2011.   The clerk's record was filed August 8, 2011.   Appellant's brief was due September 7, 2011.   Appellant did not file a brief or a motion for an extension of time to file his brief.

On September 29, 2011, this court issued an order stating that unless appellant filed a brief, and a motion reasonably explaining why the brief was late, on or before October 24,

2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant did not file a brief or any response to our order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.